# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| C4CAST.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAZAARVOICE, INC., <br><br> Defendant. | Civil Action No. 2:13-CV-00667-JRG <br><br> JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff c4cast.com, Inc. and Defendant Bazaarvoice, Inc., pursuant to Fed. R. Civ. P. 41 (a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED November 19, 2013.

Respectfully submitted,

By: /s/ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Associates, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600

Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF C4CAST.COM, INC.**

*/s/ Edward Cavazos*
Edward Cavazos
State Bar No.00787223
Brian C. Nash
State Bar No. 24051103
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: 512-472-7800
Facsimile: 512-472-9123
Email: ed.cavazos@bgllp.com
brian.nash@bgllp.com

**ATTORNEYS FOR DEFENDANT BAZAARVOICE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Stevenson Moore*___
Stevenson Moore